**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

SHALONDA CAMPBELL,                                                                                          PLAINTIFF
ADC #710039

v.                                        1:11-cv-00091-JMM-JTK

GWENDALYNN COX, et al.                                                                                DEFENDANTS

ORDER

By Order dated October 27, 2011, this Court granted Plaintiff's Motion to Proceed in forma pauperis in this pro se action filed pursuant to 42 U.S.C. § 1983 (Doc. No. 7). However, noting that Plaintiff failed to state a constitutional claim against Defendants Cox and Meredith, because she did not include any allegations against them in the body of her Complaint, the Court directed Plaintiff to file an Amended Complaint. Id. Plaintiff has now filed an Amended Complaint, in which she states she wishes to add as a Defendant Sheriell Robinson in the place of Defendant Meredith. However, Plaintiff does not include any specific allegations against any of the named Defendants.

Therefore, the Court will provide Plaintiff with one final opportunity in which to file an Amended Complaint which includes the information set forth in the October 27, 2011 Order. Plaintiff shall specifically list all Defendants and specify the actions each of the Defendants took against Plaintiff and how those actions violated Plaintiff's constitutional rights. As noted in the October 27, 2011 Order, Plaintiff should include references to dates, times, and places, where applicable. If Plaintiff does not comply with this directive, her Complaint will be dismissed for failure to state a claim pursuant to Ashcroft v. Iqbal, 556 U.S. ___, 129 S.Ct. 1937, 1949 (2009), and BellAtlantic Corp. v. Twombly, 550 U.S. 544, 547 (2007). Accordingly,

1

IT IS, THEREFORE, ORDERED that Plaintiff shall have one final opportunity in which to submit an Amended Complaint in accordance with the directions set forth in this, and the Court's October 27, 2011 Order, within fifteen days of the date of this Order.  Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint.

IT IS SO ORDERED this 15th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE