# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

SHALONDA CAMPBELL,
ADC #710039                                                                                    PLAINTIFF

v.                                          1:11-cv-00091-JMM-JTK

GWENDOLYN COX, et al.                                                                  DEFENDANTS

## ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Original and Amended Complaints against Defendants are DISMISSED, for failure to state a claim upon which relief may be granted.

2.      This dismissal constitutes a "strike" within the meaning of the PLRA.

3.      The Court hereby certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this   12   day of  January , 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE