## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHALONDA CAMPBELL,
ADC #710039                                                                                           PLAINTIFF

v.                                   1:11-cv-00091-JMM-JTK

GWENDOLYN COX, et al.                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this __12__ day of __January__, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE